JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOPHIE, INC., ETC., <br><br> Plaintiff(s), <br><br> V. <br><br> IVY ZHAO, <br><br> Defendant(s). | CASE NO. SACV 12-0875-DOC(RNBx) <br><br><br> ORDER DISMISSING CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:   August 21, 2012

_David O. Carter_
DAVID O. CARTER
United States District Judge